No. 81–6912. SCHOLL *v.* ANSELMI ET AL. Appeal from Sup. Ct. Wyo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 81–6917. HANSON *v.* UNITED STATES. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–6947. VELASQUEZ *v.* COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 81–6970. BUGG *v.* INTERNATIONAL UNION OF ALLIED INDUSTRIAL WORKERS OF AMERICA, LOCAL 507, AFL–CIO, ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 81–6998. OGROD ET AL. *v.* SCHOOL DISTRICT OF PHILADELPHIA. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 82–8. CALIFORNIA STATE BOARD OF EQUALIZATION *v.* WESTERN MARINA CORP., DBA SHELTER ISLAND INN. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.